**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**MINNEAPOLIS DIVISION**

| | | |
|---|---|---|
| AUTO-REC. BODYWORKS, INC.; HRE LLC; and HELLMUTH & JOHNSON, PLLC,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN DOE 1; and JOHN DOE 2,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br>FILE NO.: |

**<u>DECLARATION OF RICK HAUGLAND</u>**

RICK HAUGLAND, the Declarant, states on oath and deposes as follows:

1. My name is Rick Haugland. I am over the age of eighteen (18) years and am legally competent to make this Declaration. The facts stated in this Declaration are within my personal knowledge.

2. I am the owner of Auto-Rec. Bodyworks, Inc. ("ARB"). ARB is an auto-body shop headquartered in Elk River, Minnesota, with operations located only in the State of Minnesota.

3. I am also the owner of HRE LLC ("HRE"). HRE is a company headquartered in Elk River, Minnesota.

4. In November and December 2023, ARB utilized the services of a Minnesota law firm, Hellmuth & Johnson, in connection with an Agreement of

Purchase and Sale for Gerber Collision (Midwest) Inc. ("Gerber"), to purchase certain assets of ARB (the "APS"). The transaction closed on December 1, 2023 (the "Closing"). I communicated with Hellmuth & Johnson through my email address, myautobodyman@hotmail.com, during the closing process.

5. Pursuant to the APS, closing funds in the amount of $450,000 ("Sale Proceeds") were required to be transmitted to ARB's specified account at Closing. This should have been an account controlled by HRE.

6. I have reviewed the email instructions (the "ACH Instructions") attached as Exhibit A that appeared to come from my email address for ARB directing that the Sale Proceeds be transmitted to an account at Bank of New York Mellon, account number xxxxxx7952 (the "BNYM Account").

7. I did not send or authorize the ACH Instructions, nor did anyone else from ARB or HRE. The ACH Instructions were false.

8. ARB and HRE have no affiliation with the BNYM Account, and did not receive any of the Sale Proceeds that were apparently wired by the buyer in the Closing to the BNYM Account.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this, the 17th day of April, 2024.

______________________________
**RICK HAUGLAND, Declarant**

# UNITED STATES DISTRICT COURT

Final Audit Report 2024-04-18

| | |
|---|---|
| Created: | 2024-04-17 |
| By: | Tami Swenson (tami@throndsetlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA3FjRA_8x7QXnjRv_XOA9I3utiSfvbCku |

## "UNITED STATES DISTRICT COURT" History

Document created by Tami Swenson (tami@throndsetlaw.com)
2024-04-17 - 8:38:12 PM GMT- IP address: 24.240.67.15

Document emailed to Ric (richaugland@gmail.com) for signature
2024-04-17 - 8:38:16 PM GMT

Email viewed by Ric (richaugland@gmail.com)
2024-04-18 - 1:39:40 AM GMT- IP address: 104.28.97.30

Document e-signed by Ric (richaugland@gmail.com)
Signature Date: 2024-04-18 - 3:34:18 PM GMT - Time Source: server- IP address: 172.58.15.240

Agreement completed.
2024-04-18 - 3:34:18 PM GMT

**From:** Ric Haugland on behalf of Ric Haugland <myautobodyman@hotmail.com>
**To:** Darbie A. Tamsett
**Subject:** Re: Auto-Rec Bodyworks, Elk River, MN / Closing Agenda & Closing Documents
**Date:** Thursday, November 30, 2023 6:51:13 PM
**Attachments:** image001.jpg
image002.png
image003.jpg
image004.png
ACH Enrollment Form(9527698.1)(1).pdf
2021-08-24_153828_W-9.pdf

---

Wiring instruction below:

Bank Name : The Bank of New York Mellon
Bank Address : 1 Wall St 19th Floor, New York City NY 10001
Account Address: 21475 Hwy. 169
Elk River, MN 55330
Account Name: Auto-Rec Body Works, Inc.
Account Number : [redacted]7952
Routing Number: 021000018

If they are sending wire transfer they should include the reference number below.

Reference No : FFC 00111817847

I will send void check tomorrow.

***THANK YOU*** **!**

RIC @

**Auto-Rec Body Works, Inc.**

21475 Hwy. 169

Elk River, MN 55330

**Office: 763-241-9185**

---

**From:** Darbie A. Tamsett <dtamsett@hjlawfirm.com>
**Sent:** Thursday, November 30, 2023 4:36 PM
**To:** Ric Haugland <myautobodyman@hotmail.com>
**Subject:** FW: Auto-Rec Bodyworks, Elk River, MN / Closing Agenda & Closing Documents

Ric,

See below and attached.

Thanks,

Darbie

DARBIE A. TAMSETT
Attorney at Law
Direct: 952-746-2164

**DECLARATION EXHIBIT A**

hjlawfirm.com

**From:** Mitch Billinkoff <MAB@tdslaw.com>
**Sent:** Thursday, November 30, 2023 3:59 PM
**To:** Darbie A. Tamsett <dtamsett@hjlawfirm.com>
**Cc:** Terri D. Morgan <tmorgan@hjlawfirm.com>; Christine Berg <christine.berg@gerbercollision.com>; Roger Wareham <roger.wareham@boydgroup.com>; Elaine Hallas (elaine.hallas@boydgroup.com) <elaine.hallas@boydgroup.com>; Christina Vieira Olfert <cvieira@tdslaw.com>; Glenn Bryant <glenn.bryant@boydgroup.com>; Paul Sogeke <paul.sogeke@boydgroup.com>; Greg Tallon <GJT@tdslaw.com>
**Subject:** Auto-Rec Bodyworks, Elk River, MN / Closing Agenda & Closing Documents

Darbie,

We look forward to receiving your comments on the APA and Lease. In the meantime, we understand that the parties would like to close this transaction tomorrow. With a view to closing tomorrow, attached is a Closing Agenda for your review and comment, together with drafts of our closing documents referenced therein.

Our draft closing documents include:

1. Flow of Funds Agreement **[Note: We will update upon receipt of wire instructions for the Seller and Landlord.]**
2. Bill of Sale
3. Certificate of Non-Foreign Status
4. Seller's Officer's Certificate **[Note: Please make any necessary changes.]**
5. Non-Competition Agreement
6. Purchaser's Officer's Certificate
7. Authorization re: Transfer of Utility Accounts
8. Written Confirmation of Seller
9. Joint resolutions of the Director(s) and Shareholder(s) of the Seller Authorizing the Transaction **[Note: Please make any necessary changes.]**
10. Resolution of the Director of the Purchaser Authorizing the Transaction
11. Promissory Note **[Please note that we have inserted your firm to act as Escrow Agent.]**
12. W9 **[Note: Required for each of Seller and Landlord.]**
13. ACH Form **[Note: Required for each of Seller and Landlord.]**

Please let us know if you have any questions or comments on these documents. Our client has not had a chance to review these yet, so they are being sent concurrently and remain subject to its review and comment.

Can you please send us a copy of your client's Conditional Use Permit?

Do you have any updates on the Non-Disturbance Agreement from First National Bank of Elk River?

We look forward to receipt of wire instructions for the Seller and Landlord. If you can please send us the wire instructions as soon as possible, that would be greatly appreciated as our client's Cash Management Team will need to review them for completeness.

Thanks,

Mitch

**Mitch Billinkoff**

1700 – 242 Hargrave Street
Winnipeg MB R3C 0V1

**Associate**

P: 204-934-2329
F: 204-934-0529
E: mab@tdslaw.com
Follow us @TDSLaw

TDS LLP is the exclusive member firm in Manitoba, Canada for Lex Mundi - the world's leading network of independent law firms with in-depth experience in 100+ countries worldwide.

The contents of this e-mail message and all attachments are intended for the confidential use of the addressee and where addressed to our client are the subject of solicitor and client privilege. Any retention, review, reproduction, distribution, or disclosure other than by the addressee is prohibited. Please notify us immediately if we have transmitted this message to you in error.

Click the following links to unsubscribe or subscribe to TDS e-communications.