# DECLARATION OF DARBIE TAMSETT

DARBIE TAMSETT, the Declarant, states on oath and deposes as follows:

1.

My name is Darbie Tamsett. I am over the age of eighteen (18) years and am legally competent to make this Declaration. The facts stated in this Declaration are within my personal knowledge.

2.

I am an associate at the law firm of Hellmuth & Johnson.

3.

In November and December 2023, I was acting as attorney for Auto-Rec. Bodyworks, Inc. ("ARB"), Seller, and Rick Haugland, as Landlord, in connection with an Agreement of Purchase and Sale for Gerber Collision (Midwest) Inc. ("Gerber"), to purchase certain assets of ARB (the "APS"). The transaction closed on December 1, 2023 (the "Closing").

4.

Auto-Rec Body Works is a business based in Elk River, Minnesota. I am licensed to practice law and do practice in the State of Minnesota. My firm is headquartered in the State of Minnesota.

5.

Pursuant to the APS, closing funds in the amount of $450,000 ("Sale Proceeds") were required to be transmitted to an account designated by ARB.

6.

Prior to the Closing, my firm received email instructions (the "ACH Instructions") purporting to come from Rick Haugland's email address for ARB with which we had been communicating through the closing process, myautobodyman@hotmail.com, directing that the Sale Proceeds be transmitted to an account at Bank of New York Mellon, account number xxxxxx7952 (the "BNYM Account"). A true and correct copy of the ACH Instructions is attached as Exhibit A to this Declaration.

7.

As part of the Closing, the buyer transmitted funds to the BNYM Account via ACH or wire. A true and correct copy of the wire transmittal confirmation is attached as Exhibit B to this Declaration.

8.

An email hacker apparently had sent the false ACH Instructions targeting the proceeds from the closing for the sale of ARB, a business located in Minnesota, and sent the ACH Instructions to Declarant who is a Minnesota lawyer at a Minnesota

law firm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this, the 19th day of April, 2024.

**DARBIE TAMSETT, Declarant**

**From:** Ric Haugland on behalf of Ric Haugland <myautobodyman@hotmail.com>
**To:** Darbie A. Tamsett
**Subject:** Re: Auto-Rec Bodyworks, Elk River, MN / Closing Agenda & Closing Documents
**Date:** Thursday, November 30, 2023 6:51:13 PM
**Attachments:** image001.jpg
image002.png
image003.jpg
image004.png
ACH Enrollment Form(9527698.1)(1).pdf
2021-08-24_153828_W-9.pdf

---

Wiring instruction below:

Bank Name : The Bank of New York Mellon
Bank Address : 1 Wall St 19th Floor, New York City NY 10001
Account Address: 21475 Hwy. 169
Elk River, MN 55330
Account Name: Auto-Rec Body Works, Inc.
Account Number : [redacted]7952
Routing Number: 021000018

If they are sending wire transfer they should include the reference number below.

Reference No : FFC 00111817847

I will send void check tomorrow.

***THANK YOU !***

RIC @
**Auto-Rec Body Works, Inc.**
21475 Hwy. 169
Elk River, MN 55330
**Office: 763-241-9185**

---

**From:** Darbie A. Tamsett <dtamsett@hjlawfirm.com>
**Sent:** Thursday, November 30, 2023 4:36 PM
**To:** Ric Haugland <myautobodyman@hotmail.com>
**Subject:** FW: Auto-Rec Bodyworks, Elk River, MN / Closing Agenda & Closing Documents

Ric,
See below and attached.
Thanks,
Darbie

DARBIE A. TAMSETT
Attorney at Law
Direct: 952-746-2164

DECLARATION EX. A

hjlawfirm.com

**From:** Mitch Billinkoff <MAB@tdslaw.com>
**Sent:** Thursday, November 30, 2023 3:59 PM
**To:** Darbie A. Tamsett <dtamsett@hjlawfirm.com>
**Cc:** Terri D. Morgan <tmorgan@hjlawfirm.com>; Christine Berg <christine.berg@gerbercollision.com>; Roger Wareham <roger.wareham@boydgroup.com>; Elaine Hallas (elaine.hallas@boydgroup.com) <elaine.hallas@boydgroup.com>; Christina Vieira Olfert <cvieira@tdslaw.com>; Glenn Bryant <glenn.bryant@boydgroup.com>; Paul Sogeke <paul.sogeke@boydgroup.com>; Greg Tallon <GJT@tdslaw.com>
**Subject:** Auto-Rec Bodyworks, Elk River, MN / Closing Agenda & Closing Documents

Darbie,

We look forward to receiving your comments on the APA and Lease. In the meantime, we understand that the parties would like to close this transaction tomorrow. With a view to closing tomorrow, attached is a Closing Agenda for your review and comment, together with drafts of our closing documents referenced therein.

Our draft closing documents include:

1. Flow of Funds Agreement **[Note: We will update upon receipt of wire instructions for the Seller and Landlord.]**
2. Bill of Sale
3. Certificate of Non-Foreign Status
4. Seller's Officer's Certificate **[Note: Please make any necessary changes.]**
5. Non-Competition Agreement
6. Purchaser's Officer's Certificate
7. Authorization re: Transfer of Utility Accounts
8. Written Confirmation of Seller
9. Joint resolutions of the Director(s) and Shareholder(s) of the Seller Authorizing the Transaction **[Note: Please make any necessary changes.]**
10. Resolution of the Director of the Purchaser Authorizing the Transaction
11. Promissory Note **[Please note that we have inserted your firm to act as Escrow Agent.]**
12. W9 **[Note: Required for each of Seller and Landlord.]**
13. ACH Form **[Note: Required for each of Seller and Landlord.]**

Please let us know if you have any questions or comments on these documents. Our client has not had a chance to review these yet, so they are being sent concurrently and remain subject to its review and comment.

Can you please send us a copy of your client's Conditional Use Permit?

Do you have any updates on the Non-Disturbance Agreement from First National Bank of Elk River?

We look forward to receipt of wire instructions for the Seller and Landlord. If you can please send us the wire instructions as soon as possible, that would be greatly appreciated as our client's Cash Management Team will need to review them for completeness.

Thanks,

Mitch

**Mitch Billinkoff**

Associate

1700 – 242 Hargrave Street
Winnipeg MB R3C 0V1

P: 204-934-2329
F: 204-934-0529
E: mab@tdslaw.com
Follow us @TDSLaw

TDS LLP is the exclusive member firm in Manitoba, Canada for Lex Mundi - the world's leading network of independent law firms with in-depth experience in 100+ countries worldwide.

The contents of this e-mail message and all attachments are intended for the confidential use of the addressee and where addressed to our client are the subject of solicitor and client privilege. Any retention, review, reproduction, distribution, or disclosure other than by the addressee is prohibited. Please notify us immediately if we have transmitted this message to you in error.

Click the following links to **unsubscribe** or **subscribe** to TDS e-communications.

**Payment Details Report**

BANK OF AMERICA

**Company:** Boyd Group US Inc
**Requester:** Alcazar, Daphne
**Run Date:** 12/01/2023 3:04:47 PM CST

## Domestic High Value (Wire)

**Payment Category:Urgent/Wire**

**Status:** Confirmed By Bank
**Transaction Number:** 23C1F0414L181J52

### Debit Account Information

**Debit Bank:** 071000039
**Debit Account:** [redacted]9794
**Debit Account Name:** The Boyd Group (U.S) Inc
**Debit Currency:** USD

### Beneficiary Details

**Beneficiary Name:** Auto-Rec Body Works, Inc.
**Beneficiary Address:** n/a
**Beneficiary City:** n/a
**Beneficiary Postal Code:** n/a
**Beneficiary Country:** US - United States of America

**Beneficiary Account:** [redacted]7952
**Beneficiary Bank ID:** 021000018
THE BANK OF NEW YORK MELLON
240 GREENWICH ST, 18TH FL
NEW YORK CITY
US - United States of America
**Beneficiary Email:**
**Beneficiary Mobile Number:**

### Payment Details

**Credit Currency:** USD
**Credit Amount:** 450,000.00
**Value Date:** 12/01/2023

### Optional Information

**Sender's Reference Number:** 23C1F0414L181J52
**Beneficiary Information:** Reference No : FFC 00111817847

### Additional Routing

**Intermediary Bank ID:**
**Receiver Information:**

### Control Information

**Input:** dalcazar
**Approved:** kfederkevic
**Initial Confirmation:** WTX:2023120100563944
**Confirmation #:** CHPR:0568988
**Input Time:** 12/01/2023 2:05:28 PM CST
**Time:** 12/01/2023 3:03:08 PM CST

DECLARATION EX. B