UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 24-1474 (DSD/TNL)

AUTO-REC. BODYWORKS, INC.; HRE LLC;
and HELLMUTH & JOHNSON, PLLC,

    Plaintiffs,

v.  **ORDER**

JOHN DOE 1; and JOHN DOE 2,

    Defendants.

This matter is before the court upon plaintiffs' emergency motion for leave of court to conduct pre-service discovery. Based on the file, record, and proceedings here, and for good cause shown, the court grants the motion.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The motion [ECF No. 6] is granted;

2. Plaintiffs may issue subpoenas for documents and depositions to: (1) ascertain the identities of John Doe 1 and John Doe 2, (2) identify those persons or entities who caused or contributed to funds from Plaintiffs' asset sale and closing allegedly being stolen, (3) discover facts and documents relating to the disposition of funds in and from The Bank of New York Melon account number xxxxxx7952 (BNYM Account) since October 1, 2023, (4) discover facts and documents relating to the wire transfer or

ACH transfer into the BNYM Account that occurred on December 1, 2023 (Wire Transfer), (5) discover facts and information relating to the location of the funds and subsequent transfers of the funds from the Wire Transfer, (6) trace the funds from the Wire Transfer, and (7) discover facts and information relating to all other assets, proceeds of assets, and disposition of assets of the holder of the BNYM Account and subsequent transferees of the funds from the Wire Transfer; and

    3.   The recipients of the subpoenas shall give notice to the account holders of the subpoenas issued pursuant to this order to allow the account holders an opportunity to object prior to production of the documents subpoenaed.

Dated: April 29, 2024

                                          s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court