# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
## MINNEAPOLIS DIVISION

| | | |
|---|---|---|
| AUTO-REC. BODYWORKS, INC.; HRE LLC; and HELLMUTH & JOHNSON, PLLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO.: 0:24-cv-01474-DSD-TNL |
| vs. | ) ) | |
| JOHN DOE 1; and JOHN DOE 2, | ) ) | |
| Defendants. | ) | |

## NOTICE OF ISSUANCE OF SUPOENA

COMES NOW the Plaintiff Hellmuth & Johnson, and gives notice of

issuance of a Subpoena Duces Tecum to Bank of New York Mellon Corporation.

> COPELAND, STAIR, VALZ & LOVELL, LLP
>
> By:  */s/Mark D. Lefkow*
> Mark D. Lefkow
> Georgia Bar No. 004289
> 191 Peachtree Street, N.E.
> Suite 3600
> Atlanta, Georgia 30303
> Phone: (404) 522-8220
> Fax: (404) 523-2345
> Email: mlefkow@csvl.law
> *(Admitted Pro Hac Vice)*
>
> ***Attorneys for Plaintiff***
> ***Hellmuth & Johnson, PLLC***

9094056v.1