**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**MINNEAPOLIS DIVISION**

| | |
|---|---|
| AUTO-REC. BODYWORKS, INC.; HRE LLC; and HELLMUTH & JOHNSON, PLLC, | ) ) ) ) |
| Plaintiffs, | ) CIVIL ACTION ) FILE NO.: 0:24-cv-01474-DSD- |
| vs. | ) TNL ) |
| JOHN DOE 1; and JOHN DOE 2, | ) ) |
| Defendants. | ) |

### NOTICE OF FILING OF DECLARATION

COMES NOW the Plaintiff Hellmuth & Johnson, PLLC, and gives notice of filing the attached Declaration of a process server showing service dated April 30, 2024, on Bank of New York Mellon Corporation ("BNYM") of the Court's Temporary Restraining Order (Doc. 15), the Court's Order regarding pre-service discovery (Doc. 14), and the Subpoena to BNYM calling for production of documents by May 9, 2024.

9095857v.1

Respectfully submitted this, the 1st day of May, 2024.

COPELAND, STAIR, VALZ & LOVELL, LLP

By:  */s/Mark D. Lefkow*
Mark D. Lefkow
Georgia Bar No. 004289
191 Peachtree Street, N.E.
Suite 3600
Atlanta, Georgia 30303
Phone: (404) 522-8220
Fax: (404) 523-2345
Email: mlefkow@csvl.law
*(Admitted Pro Hac Vice)*

**Attorneys for Plaintiff**
**Hellmuth & Johnson, PLLC**

9095857v.1