LAW OFFICES
# COPELAND, STAIR, VALZ & LOVELL, LLP

| | | |
|---|---|---|
| **PAMELA BISPO DA SILVA**<br>Law Clerk<br>**CHATTANOOGA, TN OFFICE**<br>735 Broad Street, Suite 1204<br>Chattanooga, TN 37402<br>423.551.4345<br><br>**DIRECT DIAL NUMBER**<br>Author Phone<br><br>**E-MAIL ADDRESS**<br>Author E-mail<br><br>**FACSIMILE**<br>Author Fax | ONE NINETY ONE PEACHTREE TOWER<br>191 PEACHTREE STREET, NE<br>SUITE 3600<br>ATLANTA, GEORGIA 30303-1740<br>TELEPHONE 404.522.8220<br><br>**MAILING ADDRESS**<br>P. O. Box 56887<br>Atlanta, Georgia<br>30343-0887<br><br>www.csvl.law | **CHARLESTON, SC OFFICE**<br>40 Calhoun Street, Suite 400<br>Charleston, SC 29401-3001<br>843.727.0307<br><br><br>**REPLY TO PAMELA BISPO DA SILVA** |

4/30/2024

**VIA FEDEX**

United States District Court Clerk
Diana E. Murphy – United States Courthouse
300 South Fourth Street – Suite 202
Minneapolis, MN 55415

RECEIVED
MAY 02 2024
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Re:   *Auto-Rec. Bodyworks, Inc. HRE LLC; and Hellmuth & Johnson, PLLC v. John Doe 1; and John Doe 2*
U.S. District Court District of Minnesota; Civil Action No. 0:24-cv-01474-DSD-TNL
Our File No. 5057-66867

Dear Ms. Murphy:

Please find enclosed a check in the amount of $4,500 (four thousand five hundred dollars), for the bond imposed in the case of *Auto-Rec. Bodyworks, Inc. HRE LLC; and Hellmuth & Johnson, PLLC v. John Doe 1; and John Doe 2*, United States District Court District of Minnesota; CAFN: 0:24-cv-01474-DSD-TNL.

Sincerely,

*Pamela*
Pamela Bispo da Silva
Law Clerk

Enclosure: *Check No. 000222367*

SCANNED
MAY 03 2024
U.S. DISTRICT COURT MPLS

9094199v.1