Generated: May 2, 2024 2:47PM                                                                 Page 1/1



# U.S. District Court

### District of Minnesota

Receipt Date: May 2, 2024 2:47PM

COPELAND, STAIR, VALZ 7 LOVELL, LLP
191 PEACHTREE STREET NE
SUITE 3600
ATLANTA, GA 30303

Rcpt. No: 400005360            Trans. Date: May 2, 2024 2:47PM            Cashier ID: #JM

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 701 | Treasury Registry | DMNX024CV001474 /001 AUTO-REC BODYWORKS INC | 1 | 4500.00 | 4500.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #000222367 | 04/30/2024 | $4,500.00 |
| | | | Total Due Prior to Payment: | $4,500.00 |
| | | | Total Tendered: | $4,500.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.



SCANNED
MAY 03 2024
U.S. DISTRICT COURT MPLS