IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
MINNEAPOLIS DIVISION

| | | |
|---|---|---|
| AUTO-REC. BODYWORKS, INC.; HRE LLC; and HELLMUTH & JOHNSON, PLLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO.: 0:24-cv-01474-DSD-TNL |
| vs. | ) ) ) | |
| JOHN DOE 1; and JOHN DOE 2, | ) ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW MONEY**

COMES NOW the Plaintiff Hellmuth & Johnson, PLLC, and pursuant to LR 67.2, moves this Court for an order to withdraw money from the court registry.

On April 29, 2024, the Court granted a temporary restraining order (TRO) and ordered the Plaintiffs to post a bond of $4,500. (Doc. 15.) The bond was posted on May 30, 2024. However, after the bond was posted, Plaintiffs discovered that the non-party whose account is at issue, Intercam Banco Internacional, Inc. ("Intercam PR"), is subject to jurisdiction in the United States District Court for the Southern District of New York, and the injunction term expired.

9139880v.1

Therefore, Plaintiff Hellmuth & Johnson, PLLC requests the Court to enter an order allowing Plaintiff to withdraw $4,500 from the court registry. A proposed order is submitted herewith.

Respectfully submitted this, the 6th day of June, 2024.

                COPELAND, STAIR, VALZ & LOVELL, LLP

By: /s/Mark D. Lefkow
Mark D. Lefkow
Georgia Bar No. 004289
191 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30303-1740
Phone: (404) 522-8220
Fax: (404) 523-2345
Email: mlefkow@csvl.law
*(Admitted Pro Hac Vice)*

***Attorney for Plaintiff***
***Hellmuth & Johnson, PLLC***