```
              UNITED STATES DISTRICT COURT
                   DISTRICT OF MINNESOTA
              Civil Case No.: 24-1474 (DSD/TNL)
```

AUTO-REC. BODYWORKS, INC.; HRE LLC;
and HELLMUTH & JOHNSON, PLLC,

   Plaintiffs,

               Order

vs.

JOHN DOE 1; and JOHN DOE 2,

   Defendants.

This matter is before the court upon Plaintiff's Motion to Withdraw Money, pursuant to LR 67.2. Based on the file, record, and proceedings herein, the court grants the Motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion to withdraw money is granted as set forth below; and

2. The clerk must disburse the amount of $4,500 from the Court registry, payable to Copeland Stair Valz & Lovell, LLP.

Dated: June 10, 2024     s/David S. Doty
                David S. Doty, Judge
                United States District Court